AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ORANGEBURG DIVISION

GAIL HART JOHNSON

**JUDGMENT**

vs.

Case Number: 5:09-1421-MBS

SOUTH CAROLINA STATE UNIVERSITY
.

**[X]   Decision by Court.**  This action came to hearing before the Court, the Honorable Margaret B Seymour, presiding. The issues having been duly heard and the Court having adopted the Report and Recommendation of the United States Magistrate Judge Joseph R. McCrorey,

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Gail Hart, Johnson, take nothing of the

defendant, South Carolina State University, and the complaint is dismissed without prejudice.


LARRY W. PROPES, Clerk


By  s/Beth Brown
Deputy Clerk

June 25, 2009